IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHESTER M. POLECK, JR.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 09-291 |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 9th day of November, 2009, after careful review and independent consideration of plaintiff's Statement of Issues in Support of Request for Review (Doc. No. 7. filed 5/11/09), the Report and Recommendation of Jacob P. Hart, United States Magistrate Judge, dated September 16, 2009; and plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 12, filed 10/01/09), for the reasons stated in the Memorandum dated November 9, 2009, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Jacob P. Hart, United States Magistrate Judge, dated September 16, 2009, is **APPROVED** and **ADOPTED** as supplemented and amended in the Court's November 9, 2009 Memorandum;

2. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

3. Plaintiff's Request for Review is **GRANTED IN PART** and **DENIED IN PART**; and the matter shall be **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further review of the medical evidence with regard to the plaintiff's heart impairment and his carpal tunnel syndrome. Plaintiff's Request for Review is **DENIED** in all other respects.

BY THE COURT:

/s/ Jan E. DuBois
_____

**JAN E. DUBOIS, J.**